1 | KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (Bar # 111536)
2 | GIA L. CINCONE (Bar # 141668)
Two Embarcadero Center, 8th Floor
3 | San Francisco, California 94111
Telephone: (415) 576-0200
4 | Facsimile: (415) 576-0300
Email: ggilchrist@kilpatricktownsend.com
5 | gcincone@kilpatricktownsend.com

6 | Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| LEVI STRAUSS & CO., | Case No. CV 12-03792 RMW |
|---|---|
| Plaintiff, | STIPULATION AND [] ORDER CONTINUING HEARING ON MOTION TO DISMISS |
| v. | |
| D&K S.R.L., | DATE: Nov. 30, 2012 TIME: 9:00 a.m. COURTROOM: 6 HON. RONALD M. WHYTE |
| Defendant. | |

The parties hereby stipulate and agree as follows:

Plaintiff Levi Strauss & Co. ("LS&Co.") filed this action on July 19, 2012. By agreement of the parties, the deadline for Defendant D&K S.r.l. ("D&K") to respond to the complaint was set for September 18, 2012. That response deadline was subsequently extended by agreement of the parties to October 18, 2012. On October 18, 2012, D&K filed a motion to dismiss LS&Co.'s complaint for lack of personal jurisdiction. The hearing on that motion is currently set for this Friday, November 30, 2012.

The parties have been engaged in settlement discussions leading up to and since the filing of LS&Co.'s complaint, and believe they are close to a resolution of this dispute. In order to allow the parties to continue their discussions and in the hope of reaching an amicable resolution, the parties

1  agree and stipulate that the hearing on D&K's motion to dismiss be continued for six weeks or until
2  January 11, 2013.

3

4  DATED: November 28, 2012          Respectfully submitted,

5

6                                    By:    */Gia L. Cincone/*
                                         Gia L. Cincone
7                                        KILPATRICK TOWNSEND & STOCKTON LLP
                                         Two Embarcadero Center, Eighth Floor
                                         San Francisco, California  94111
8                                        Telephone: (415) 576-0200
                                         Facsimile: (415) 576-0300
9
                                         Attorneys for Plaintiff
10                                       LEVI STRAUSS & CO.

11

12                                   By:    */Jeffrey E. Faucette/*
                                         Jeffrey E. Faucette
13                                       Skaggs Faucette LLP
                                         One Embarcadero Center, Suite 500
14                                       San Francisco, California  94111
                                         Telephone: (415) 315-1669
15                                       Facsimile: (415) 433-5994

16                                       Attorneys for Defendant
                                         D&K S.R.L.
17

18

19  IT IS SO ORDERED.

20

21  Dated: _____        _____
                                       Hon. Ronald M. Whyte
22                                     United States District Judge

23

24

25

26

27

28

STIPULATION AND [] ORDER          - 2 -          *Levi Strauss & Co.  v. D&K S.r.l.*
                                                 Case No. CV 12-03792 RMW