1  KILPATRICK TOWNSEND & STOCKTON LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  GIA L. CINCONE (Bar # 141668)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   Email:  ggilchrist@kilpatricktownsend.com
5          gcincone@kilpatricktownsend.com

6  Attorneys for Plaintiff
   LEVI STRAUSS & CO.

7

8                     UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12  LEVI STRAUSS & CO.,                 Case No. CV 12-03792 RMW

                    Plaintiff,          STIPULATION AND []
13                                      ORDER CONTINUING HEARING ON
             v.                         MOTION TO DISMISS
14
    D&K S.R.L.,                         DATE:  Nov. 30, 2012
15                                      TIME:  9:00 a.m.
                    Defendant.          COURTROOM: 6
16                                      HON. RONALD M. WHYTE

17

18

19        The parties hereby stipulate and agree as follows:

20        Plaintiff Levi Strauss & Co. ("LS&Co.") filed this action on July 19, 2012.  By agreement of

21  the parties, the deadline for Defendant D&K S.r.l. ("D&K") to respond to the complaint was set for

22  September 18, 2012.  That response deadline was subsequently extended by agreement of the parties

23  to October 18, 2012.  On October 18, 2012, D&K filed a motion to dismiss LS&Co.'s complaint for

24  lack of personal jurisdiction.  The hearing on that motion is currently set for this Friday, November 30,

25  2012.

26        The parties have been engaged in settlement discussions leading up to and since the filing of

27  LS&Co.'s complaint, and believe they are close to a resolution of this dispute.  In order to allow the

28  parties to continue their discussions and in the hope of reaching an amicable resolution, the parties

agree and stipulate that the hearing on D&K's motion to dismiss be continued for six weeks or until January 11, 2013.


DATED: November 28, 2012                 Respectfully submitted,


                                         By:    /Gia L. Cincone/
                                                Gia L. Cincone
                                                KILPATRICK TOWNSEND & STOCKTON LLP
                                                Two Embarcadero Center, Eighth Floor
                                                San Francisco, California  94111
                                                Telephone: (415) 576-0200
                                                Facsimile: (415) 576-0300

                                                Attorneys for Plaintiff
                                                LEVI STRAUSS & CO.


                                         By:    /Jeffrey E. Faucette/
                                                Jeffrey E. Faucette
                                                Skaggs Faucette LLP
                                                One Embarcadero Center, Suite 500
                                                San Francisco, California  94111
                                                Telephone: (415) 315-1669
                                                Facsimile: (415) 433-5994

                                                Attorneys for Defendant
                                                D&K S.R.L.


IT IS SO ORDERED.


Dated: _____
                                         Hon. Ronald M. Whyte
                                         United States District Judge