1  KILPATRICK TOWNSEND & STOCKTON LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  GIA L. CINCONE (Bar # 141668)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   Email:  ggilchrist@kilpatricktownsend.com
5          gcincone@kilpatricktownsend.com

6  Attorneys for Plaintiff
   LEVI STRAUSS & CO.
7

8

9                    UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 LEVI STRAUSS & CO.,                    Case No. CV 12-03792 RMW

13           Plaintiff,                   STIPULATION AND []
                                          ORDER FURTHER CONTINUING
        v.                                HEARING ON MOTION TO DISMISS
14
   D&K S.R.L.,                            DATE:  Jan. 11, 2013
15                                        TIME:  9:00 a.m.
             Defendant.                   COURTROOM:  6
16                                        HON. RONALD M. WHYTE

17

18        The parties hereby stipulate and agree as follows:

19        Plaintiff Levi Strauss & Co. ("LS&Co.") filed this action on July 19, 2012.  By agreement of

20 the parties, the deadline for Defendant D&K S.r.l. ("D&K") to respond to the complaint was set for

21 September 18, 2012.  That response deadline was subsequently extended by agreement of the parties

22 to October 18, 2012.  On October 18, 2012, D&K filed a motion to dismiss LS&Co.'s complaint for

23 lack of personal jurisdiction.  The hearing on that motion was originally set for November 30, 2012.

24 By stipulation and order, in light of ongoing settlement discussions between the parties, the hearing

25 was continued to January 11, 2013.

26        As the parties previously informed the Court, they have been engaged in settlement discussions

27 leading up to and since the filing of LS&Co.'s complaint.  Those discussions are continuing, and the

28 parties remain hopeful that they can achieve an amicable resolution of this dispute.  In order to allow

STIPULATION AND [] ORDER          - 1 -            *Levi Strauss & Co.  v. D&K S.r.l.*
                                                   Case No. CV 12-03792 RMW

1  the parties to continue their negotiations and in the hope of reaching a resolution, the parties agree and
2  stipulate that the hearing on D&K's motion to dismiss be continued for an additional four weeks or
3  until February 8, 2013.

5  DATED: January 9, 2013        Respectfully submitted,

                                 By:   /s/ Gia L. Cincone
                                       Gia L. Cincone
                                       KILPATRICK TOWNSEND & STOCKTON LLP
                                       Two Embarcadero Center, Eighth Floor
                                       San Francisco, California  94111
                                       Telephone: (415) 576-0200
                                       Facsimile: (415) 576-0300

                                       Attorneys for Plaintiff
                                       LEVI STRAUSS & CO.


                                 By:   /s/Jeffrey E. Faucette
                                       Jeffrey E. Faucette
                                       Skaggs Faucette LLP
                                       One Embarcadero Center, Suite 500
                                       San Francisco, California  94111
                                       Telephone: (415) 315-1669
                                       Facsimile: (415) 433-5994

                                       Attorneys for Defendant
                                       D&K S.R.L.


20  IT IS SO ORDERED.

22  Dated: _____          _____
                                        Hon. Ronald M. Whyte
                                        United States District Judge

STIPULATION AND [] ORDER        - 2 -        *Levi Strauss & Co.  v. D&K S.r.l.*
                                              Case No. CV 12-03792 RMW